**Fill in this information to identify your case:**

Debtor 1: **Diane L. Dunning**
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number: **25-14071**
(if known)

☑ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases  12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Brinks Home Security** (Name)<br>**Attn: Bankruptcy**<br>**1990 Wittington Place** (Number / Street)<br>**Dallas, TX 75234** (City / State / ZIP Code) | Home Security Services.<br>Contract to be ASSUMED. |
| 2.2 | Name<br>Number / Street<br>City / State / ZIP Code | |
| 2.3 | Name<br>Number / Street<br>City / State / ZIP Code | |
| 2.4 | Name<br>Number / Street<br>City / State / ZIP Code | |

Official Form 106G    Schedule G: Executory Contracts and Unexpired Leases    page **1** of **1**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Diane** | **L.** | **Dunning** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Pennsylvania**

Case number **25-14071**
(if known)

☑ Check if this is an amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules                                    12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Diane L. Dunning**
Diane L. Dunning, Debtor 1

Date **12/15/2025**
MM/ DD/ YYYY