**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Diane L. Dunning,<br><br>                             *Debtor*. | Case No. 25-14071-PMM<br>Chapter 13 |

### CERTIFICATION OF SERVICE

    I, Michael A. Cibik, certify that on January 22, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: January 22, 2026

                                                        /s/ Michael A. Cibik
                                                        Michael A. Cibik (#23110)
                                                        Cibik Law, P.C.
                                                        1500 Walnut Street, Suite 900
                                                        Philadelphia, PA 19102
                                                        215-735-1060
                                                        mail@cibiklaw.com

**Method of Service – CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Method of Service - First Class Mail:**

**Brinks Home Security**
Attn: Bankruptcy
1990 Wittington Place
Farmers Branch, TX 75234

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**Ccb/saks**
Po Box 182120
Columbus, OH 43218

**Chase Card Services**
Po Box 15298
Wilmington, DE 19850-5298

**Cuyahoga County Treasurer's Office**
Attn: Bankruptcy
2079 E 9th St
Cleveland, OH 44115-1302

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**Synchrony Bank**
Attn: Bankruptcy
777 Long Ridge Rd
Stamford, CT 06902-1247

**Synchrony Bank/Gap**
Attn: Bankruptcy Dept
P.O. Box 965065
Orlando, FL 32896-5065

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683

**Wells Fargo Dealer Services**
Credit Bureau Operations, Attn:
Bankruptcy MAC D1127-028, PO Box 71092
Charlotte, NC 28272