## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Diane L. Dunning,<br><br>*Debtor*. | Case No. 25-14071-PMM<br>Chapter 13 |

### Certificate of Service

I, Michael A. Cibik, certify that on March 19, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: March 19, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Method of Service: First Class Mail**

**Brinks Home Security**
Attn: Bankruptcy
1990 Wittington Place
Farmers Branch, TX 75234

**Capital One, N.A.**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Ccb/saks**
Po Box 182120
Columbus, OH 43218

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX 75001

**Cuyahoga County Treasurer's Office**
Attn: Bankruptcy
2079 E 9th St
Cleveland, OH 44115-1302

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Pennsylvania Attorney General**
16th Floor, Strawberry Square Harrisburg, PA
17120-0001

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**Synchrony Bank**
Attn: Bankruptcy
777 Long Ridge Rd
Stamford, CT 06902-1247

**Synchrony Bank/Gap**
Attn: Bankruptcy Dept
P.O. Box 965065
Orlando, FL 32896-5065

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683

**Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto**
P.O. Box 169005
Irving, TX 75016