United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-14071-pmm

Diane L. Dunning                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                              Page 1 of 2

Date Rcvd: May 26, 2026                       Form ID: 155                             Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | Diane L. Dunning, 300 Lewis Ln, Ambler, PA 19002-5165 |
| 15058650 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15058656 | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15058657 | Wells Fargo Dealer Services, Credit Bureau Operations, Attn: Bankrupt, Charlotte, NC 28272 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 15058644 | + | Email/Text: bankruptcy@brinkshome.com | May 27 2026 03:58:00 | Brinks Home Security, Attn: Bankruptcy, 1990 Wittington Place, Farmers Branch, TX 75234-1904 |
| 15058645 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2026 04:03:55 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15070006 | + | Email/PDF: ebn_ais@aisinfo.com | May 27 2026 04:03:56 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15058646 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2026 03:58:00 | Ccb/saks, Po Box 182120, Columbus, OH 43218-2120 |
| 15058647 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 27 2026 04:03:58 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15058648 | | Email/Text: TRBANKRUPTCY@CUYAHOGACOUNTY.US | May 27 2026 03:58:00 | Cuyahoga County Treasurer's Office, Attn: Bankruptcy, 2079 E 9th St, Cleveland, OH 44115-1302 |
| 15058649 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 27 2026 03:58:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15079650 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 27 2026 03:58:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15064049 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 27 2026 03:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15058651 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2026 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15058652 | ^ | MEBN | May 27 2026 03:54:59 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15058653 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 27 2026 04:03:55 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 15058654 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 27 2026 04:03:58 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 26, 2026 | Form ID: 155 | Total Noticed: 19

| 15058655 | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
| | | May 27 2026 03:58:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15073112 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |
| | | May 27 2026 04:03:58 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Diane L. Dunning help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Diane L. Dunning | ) | Case No. 25−14071−pmm |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: May 26, 2026

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court